BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES ANTHONY GEPHART, | Civil No. 2:12-cv-1743-CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment. Counsel for Defendant requests this extension in light of his mentoring duties, other district court litigation, and substantive non-litigation matters.

1- Stip. and Proposed Order for a First Ext. of Time for Def.'s Resp.

The current due date is January 16, 2013. The new due date will be February 15, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 15, 2013        */s/ Ann M. Cerney*
                               (Telephonic authorization)
                               ANN M. CERNEY
                               Law Offices of Ann Cerney
                               Attorney for Plaintiff

Dated: January 15, 2013        BENJAMIN B. WAGNER
                               United States Attorney

                       By:     */s/ David W. Lerch*
                               DAVID W. LERCH
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

**Date: 1/22/2013**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for a First Ext. of Time for Def.'s Resp.