BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES ANTHONY GEPHART, ) | Civil No. 2:12-cv-1743-CMK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR A** |
| v. ) | **SECOND EXTENSION OF TIME FOR** |
| ) | **DEFENDANT TO RESPOND TO** |
| MICHAEL J. ASTRUE ) | **PLAINTIFF'S OPENING BRIEF** |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension in light of her mentoring duties, re-allocation of assignments within the office, other district court litigation, and substantive non-litigation matters.

1- Stip. and Proposed Order for a Second Ext. of Time for Def.'s Resp.;

The current due date is February 15, 2013.  The new due date will be March 18, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                            Respectfully submitted,

Dated: February 13, 2013                    /s/ *Ann M. Cerney*
                                            (E-mail authorization on February 13, 2013)
                                            ANN M. CERNEY
                                            Law Offices of Ann Cerney
                                            Attorney for Plaintiff

Dated: February 13, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney

                                   By:     /s/ *Susan L. Smith*
                                            SUSAN L. SMITH
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

**Date:  2/28/2013**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for a Second Ext. of Time for Def.'s Resp.;