Ann M. Cerney, SBN: 068748
Attorney at Law
42 N. Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ANTHONY GEPHART, | CASE NO. 2:12-cv-1743-CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of April 8, 2018, by thirty days, to the new response date of May 8, 2013.

DATED: April 8, 2013

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney<br>GRACE M. KIM<br>Regional Chief Counsel, Region IX |
| /s/ Ann M. Cerney<br>ANN M. CERNEY<br>Attorney for Plaintiff | /s/ Susan Smith<br>SUSAN SMITH,<br>(As authorized via E-mail on 4/4/13)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

---

1

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 N. Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                     —o0o—

10 CHARLES ANTHONY GEPHART,            CASE NO. 2:12-cv-1743-CMK

11             Plaintiff,              **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO**
12 vs.                                 **DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT
13 CAROLYN W. COLVIN,
   Acting Commissioner of Social Security,
14
               Defendant.
15 _____/

16         Pursuant to the stipulation of the parties showing good cause for a requested extension of

17 Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

18 hereby APPROVED.

19         Plaintiff shall file his reply on or before May 8, 2013.

20         SO ORDERED.

21 DATED:  April 11, 2013

22

23                                     _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28
   ────────────────────────────────────────
                                     2
   STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION
                                FOR SUMMARY JUDGMENT